In the Matter of New York City Asbestos Litigation.

Weitz & Luxenberg P.C., Respondent, v Georgia-Pacific LLC, Appellant.

Submitted October 28, 2013; decided December 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

The People of the State of New York ex rel. Taliv Ali, Appellant, v Peter S. Feldstein, Respondent.

Submitted November 4, 2013; decided December 12, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 861 (2013)].

In the Matter of Annette Perel, Respondent, v Daniel Michael Gonzalez, Appellant.

Submitted October 28, 2013; decided December 12, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 865 (2013)].

Judge Abdus-Salaam taking no part.